IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In re:<br><br>Janice Anita Doyle<br><br>Debtor. | Chapter 7<br><br>Case No.   14-05916-dd |
|---|---|

TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

    Janet B. Haigler, Trustee in the above-captioned case hereby submits check number 114 in the amount of $29,295.27, representing monies designated as exempted funds and excess proceeds due the deceased debtor, Janice Anita Doyle.   Pursuant to the Trustee's Notice of Declaration and Payment of Funds Due Deceased Debtor filed on September 29, 2016 (Docket #30), the Trustee submits these funds to the Court.    The unclaimed funds being submitted to the Court are as follows:

| Creditor/Debtor | Claim Number | Failure to Clear | Returned Mail | BR 3010 | Amount |
|---|---|---|---|---|---|
| Janice Anita Doyle<br>Deceased<br>No known probate estate | | Debtor is Deceased. No known probate estate. | | | $29,295.27 |
| Total | | | | | $29,295.27 |

                                                    /s/   Janet B. Haigler
                                                  Janet B. Haigler
                                                  CHAPTER 7 TRUSTEE
                                                  Post Office Box 505
                                                  Chapin, South Carolina 29036
                                                  (803) 261-9806
                                                  District Court I.D. No.:   5708

October 28, 2016